## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeremy Dontiez Melvin**　　　　　　　　　　　　　　　　**Docket No. 5:16-CR-96-1D**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeremy Dontiez Melvin, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Cocaine, 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c) and 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 6, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On June 2, 2021, the case was reassigned to the Honorable James C. Dever III, U.S. District Judge.

Jeremy Dontiez Melvin was released from custody on June 24, 2022, at which time the term of supervised release commenced. On August 1, 2023, a Violation Report was filed with the court advising the defendant tested positive for marijuana and cocaine on July 19, 2023. The court agreed with the probation officer's recommendation to have Melvin participate in substance abuse counseling and continue supervision. On September 7, 2023, a Violation Report was filed advising the defendant tested positive for marijuana on August 29, 2023. The court agreed with the probation officer's recommendation to continue supervision and have Melvin participate in substance abuse counseling and cognitive intervention strategies.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 19, 2023, the defendant was charged in Wilson County, North Carolina, with Driving While License Revoked and Fictitious/Altered Title/Registration Card/Tag (23CR704923), which is pending disposition. On October 24, 2023, Melvin submitted to a drug test that produced positive results for marijuana. The defendant apologized for his actions, signed an admission form, and agreed to participation in substance abuse counseling. Additionally, it is recommended Melvin participate in a cognitive behavioral program as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Jeremy Dontiez Melvin
Docket No. 5:16-CR-96-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: October 30, 2023

## ORDER OF THE COURT

Considered and ordered this \_\_\_1\_\_\_ day of \_\_November\_\_, 2023, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge